IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AGIM FETAHU,<br><br>  Plaintiff,<br><br><br><br>vs.<br><br><br>CITY OF SALT LAKE, et al.,<br><br>  Defendants. | MEMORANDUM DECISION AND ORDER GRANTING CITY'S MOTION TO DISMISS SALT LAKE CITY POLICE DEPARTMENT AS A NAMED DEFENDANT AND OTHERWISE DENYING MOTION FOR PARTIAL DISMISSAL OF CLAIMS AS MOOT<br><br><br><br>Case No. 2:07-CV-15 TS |

   This matter is before the Court on Defendant Salt Lake City Corporation (the City's) Notice of Intent to Amend its Motion for Partial Dismissal.  The Court having considered the record, it appears that the Amended Complaint filed on April 2, 2007, renders the City's earlier Motion for Partial Dismissal moot and that, per the Amended Complaint, Salt Lake City Police Department is no longer a named defendant.  It is therefore

   ORDERED that Defendant Salt Lake City Corporation's Motion to Dismiss Salt Lake City Police Department as a named defendant (Docket No. 13) is GRANTED.  It is further

ORDERED that Defendant's Motion for Partial Dismissal of Claims (Docket No. 13) is otherwise DENIED AS MOOT.

DATED  April 12, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge